DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Defendant Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN C. KLINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC, EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN, INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01381-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　It is hereby stipulated and agreed by and between Plaintiff Carolyn W. Kline (Plaintiff), through his attorney David Krieger, and Defendant Bank of America, N.A. (BANA), through its attorneys Darren Brenner and Rex Garner with the law firm of Akerman LLP, as follows:

　　　　On June 13, 2016, Plaintiff filed her Complaint (ECF No. 3).  BANA is currently gathering information in order to properly respond to Plaintiff's Complaint and is participating in serious settlement discussions with Plaintiff's counsel.  In the interest of conserving client and judicial resources, BANA has requested until September 9, 2016, in which to file its responsive pleading.  Plaintiff is not opposed.

/ / /

{38992965;1}

This is BANA's second request for an extension of time to respond to Plaintiff's Complaint and this stipulation is not intended to cause any delay or prejudice to any party.

DATED this 18th day of August, 2016

By:   /s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*

By:   /s/ Rex Garner, Esq.
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
REX GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A.*

**ORDER**

IT IS ORDERED THAT Bank of America, N.A. shall have until September 9, 2016 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 1, 2016

{38992965;1}

-2-