UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROLYN C. KLINE, | Case No. 2:16-cv-01381-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 20) between Plaintiff and Defendant Bank of America, N.A., advising the court that a settlement has been reached between these parties.  The parties request 60 days to finalize settlement paperwork and file a stipulation to dismiss.  Accordingly,

**IT IS ORDERED** that the parties shall have until **November 14, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 23rd day of September, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1