UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROLYN C. KLINE,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:16-cv-01381-APG-PAL<br><br>**ORDER** |

Before the court is the Notice of Settlement (ECF No. 22) between Plaintiff and Defendant Nationstar Mortgage, LLC.  The parties advise that a settlement has been reached.  They anticipate 60 days to complete settlement documents and to file a stipulation to dismiss.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Nationstar Mortgage, LLC shall have until **December 30, 2016**, to file a stipulation to dismiss, or a joint status report advising when the stipulation will be received.

Dated this 31st day of October, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE