UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROLYN C. KLINE, | Case No. 2:16-cv-01381-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| BANK OF AMERICA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 36) between Plaintiff and Defendant Experian Information Solutions, Inc.  The parties advise that a settlement has been reached.  They anticipate 60 days to complete settlement documents and to file a stipulation to dismiss.

Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **March 27, 2017**, to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated this 27th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1